UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY SCHULTZ,

    Plaintiff,

v.                                            CASE NO: 14-CV-13330-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's unopposed motion for summary judgment entered this date.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

                                                  ENTERED BY ORDER OF THE COURT

Dated: June 21, 2016                S/Lisa G. Wagner
                                             LISA G. WAGNER, CASE MANAGER AND
                                             DEPUTY CLERK TO THE HONORABLE
                                             ROBERT H. CLELEND